UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WAYNE GREENWALD, P.C.

                Plaintiff,

– against –

TRES AMICI, INC.
*doing business as* La Bella Vita

                Defendant.

**ORDER**

15 Civ. 896 (ER)

RAMOS, D.J.:

On February 6, 2015, Wayne Greenwald, P.C., a law firm proceeding *pro se*, filed a complaint against Tres Amici, Inc., seeking to recover legal fees. WGPC filed an affidavit of service with the Court on June 15, 2015. Tres Amici has not answered, and no further action has occurred in this case since 2015.

Accordingly, WGPC is directed to provide the Court with a status update by Wednesday, February 5, 2020 and address whether this case may be dismissed under Federal Rule of Civil Procedure 41.

The Clerk of Court is respectfully directed to mail a copy of this order to the plaintiff.

It is SO ORDERED.

Dated:   January 29, 2020
          New York, New York

                                              EDGARDO RAMOS, U.S.D.J.