UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WAYNE GREENWALD, P.C.,

                              Plaintiff,

           – *against* –

TRES AMICI, INC. *d/b/a La Bella Vita*,

                              Defendant.

**<u>ORDER</u>**

15 Civ. 896 (ER)

<u>Ramos, D.J.</u>:

     The plaintiff is ORDERED to file a status report by May 1, 2020.  Failure to comply with this Order may result in sanctions including dismissal for failure to prosecute.  *See* Fed. R. Civ. P. 41.

It is SO ORDERED.

Dated:    April 6, 2020
          New York, New York

_____
    Edgardo Ramos, U.S.D.J.